

**Grant & Eisenhofer P.A.**

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500 • Fax: 646-722-8501

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000 • Fax: 302-622-7100

www.gelaw.com

1920 L Street, N.W., Suite 400
Washington, DC 20036
Tel: 202-386-9500 • Fax: 202-386-9505

Direct Dial: 302-622-7065
Email: mbarry@gelaw.com

June 25, 2013

Catherine O'Hagan Wolfe
Clerk Of Court
United States Court of Appeals
  for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007-1501

Re:   <u>Bebchuk v. Electronic Arts, Inc., No. 13-2112-cv</u>

Dear Ms. Wolfe:

Plaintiff-Appellant Lucian Bebchuk ("Appellant") submits this letter pursuant to Local Rule 31.2 indicating that Appellant's Brief will be filed with the Court on or before August 16, 2013.

Sincerely,

Michael J. Barry